The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HAFEDH ZAKI JAMEEL,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY (DHS), *et al.*,

Defendants.

Case No. 2:25-cv-01594-KKE

STIPULATED MOTION TO STAY
AND ORDER

Noted for Consideration:
March 26, 2026.

For good cause, Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings for 90 days. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, inter alia, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his asylum application.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

STIPULATED MOTION TO STAY AND ORDER [Case No. 2:25-cv-01594-KKE] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The parties previously agreed to a stay of this case as USCIS had scheduled Plaintiff for an asylum interview. Since that time, a December 2, 2025 Policy Memorandum, PM-602-0192, available online at https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf, has been issued. For good cause, USCIS therefore requests 90 additional days to access the impact of the memorandum and determine next steps in this case.

Dated this 26th day of March, 2026.

Respectfully submitted,


*s/ Katie D. Fairchild*
KATIE D. FAIRCHILD, WSBA No. 47712
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Fax: 206-553-4067
Email:  katie.fairchild@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 197 words, in compliance with the Local Civil Rules.

HILLIS CLARK MARTIN & PETERSON P.S.


*s/Mustafa Hasson*
MUSTAFA HASSOUN, WSBA No. 60177
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Phone: 206-623-1745
Email: mustafa.hassoun@hcmp.com

*Attorney for Plaintiff*

**ORDER**

The case is stayed until June 25, 2026.  By that date, the parties shall submit a status update.  It is so ORDERED.


DATED this 27th day of March, 2026.



*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

STIPULATED MOTION TO STAY AND ORDER [Case No. 2:25-cv-01594-KKE] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970