District Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAFEDH ZAKI JAMEEL, | Case No. 2:25-cv-01594-KKE |
| Plaintiff, | STIPULATED MOTION TO STAY AND ORDER |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al*., | Noted for Consideration: June 25, 2026. |
| Defendants. | |

For good cause, Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until September 14, 2026. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, inter alia, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his asylum application.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

STIPULATED MOTION TO STAY AND ORDER
[Case No. 2:25-cv-01594-KKE] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

The parties previously agreed to a stay of this case as USCIS had scheduled Plaintiff for an asylum interview. On June 16, 2026, USCIS scheduled Plaintiff's asylum re-interview for July 14, 2026. For good cause, the parties agree that staying this case for an additional 60 days from the date of re-interview may allow USCIS to adjudicate Plaintiff's application and therefore resolve this litigation.

DATED this 25th day of June, 2026.

Respectfully submitted,


s/ Kristen R. Vogel
KRISTEN R. VOGEL, NY No. 5195664
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4073
Email: kristen.vogel@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 203 words, in compliance with the Local Civil Rules.


HILLIS CLARK MARTIN & PETERSON P.S.


s/Mustafa Hassoun
MUSTAFA HASSOUN, WSBA No. 60177
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Phone: 206-623-1745
Email: mustafa.hassoun@hcmp.com

*Attorney for Plaintiff*

STIPULATED MOTION TO STAY AND ORDER
[Case No. 2:25-cv-01594-KKE] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The case is stayed.  The parties shall submit a status update on or before September 14, 2026.  It is so **ORDERED**.

Dated this 29th day of June, 2026.

Kymberly K. Evanson
United States District Judge

STIPULATED MOTION TO STAY AND ORDER
[Case No. 2:25-cv-01594-KKE] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970