District Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HAFEDH ZAKI JAMEEL,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,

Defendants.

Case No. 2:25-cv-01594-KKE

STIPULATED MOTION TO DISMISS AND ORDER

Noted for Consideration:
August 21, 2026.

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case with prejudice, with each party to bear their own costs. Plaintiff Hafedh Zaki Jameel brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the United States Citizenship and Immigration Services (USCIS) to schedule an interview for and adjudicate his asylum application. USCIS has done so, and therefore this case is now moot.

//

//

//



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 21st day of August, 2026.

Respectfully submitted,

*s/ Kristen R. Vogel*

KRISTEN R. VOGEL, NY No. 5195664
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: kristen.vogel@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 77 words, in compliance with the Local Civil Rules.

HILLIS CLARK MARTIN & PETERSON P.S.

*s/Mustafa Hassoun*

MUSTAFA HASSOUN, WSBA No. 60177
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Phone: 206-623-1745
Email: mustafa.hassoun@hcmp.com

*Attorney for Plaintiff*

**ORDER**

It is so **ORDERED**. This case is dismissed with prejudice.

Dated this 24th day of August, 2026.

Kymberly K. Evanson
United States District Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970